UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
SEP 0 2 2020
DISTRICT COURT
OF TEXAS
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CRIMINAL NO.: |
| Plaintiff, | § § | **INDICTMENT** |
| VS. | § § § | Ct 1: 18 U.S.C. §§ 111(a) & (b) Assault on a Federal Officer Ct 2: 18 U.S.C. § 111(a) |
| ROBERT EUGENE HERNANDEZ (1), ROBERT RODRIGUEZ GARCIA (2), LUIS HERNANDEZ (3), VINCENT RODRIGUEZ (4), and SANTANA ESPINOZA (5), | § § § § § | Assault on a Federal Officer |
| Defendants. | § § § | |

SA20CR0397 JKP

THE GRAND JURY CHARGES:

### COUNT ONE
### [18 U.S.C. §§ 111(a) & (b)]

That on or about August 5, 2020, in the Western District of Texas, Defendants,

**ROBERT EUGENE HERNANDEZ (1), and
ROBERT RODRIGUEZ GARCIA (2),**

did forcibly assault, resist, oppose, impede, intimidate and interfere with, K.S., a federal officer, namely, a Correctional Officer at the Karnes County Correctional Center who was assisting officers and employees of the United States and the United States Marshals Service, who was then engaged in the performance of her official duty, and such acts involved physical contact with K.S., and caused bodily injury to K.S., in violation of Title 18, United States Code, Sections 111(a) and (b).

### COUNT TWO
### [18 U.S.C. §§ 111(a)]

That on or about August 5, 2020, in the Western District of Texas, Defendants,

**LUIS HERNANDEZ (3),**

1

**VINCENT RODRIGUEZ (4), and**
**SANTANA ESPINOZA (5),**

did forcibly assault, resist, oppose, impede, intimidate and interfere with, F.M., a federal officer, namely, a Correctional Officer at the Karnes County Correctional Center who was assisting officers and employees of the United States and the United States Marshals Service, who was then engaged in the performance of his official duty, and such acts involved physical contact with F.M., in violation of Title 18, United States Code, Section 111(a).

A TRUE BILL

FOREPERSON OF THE GRAND JURY

JOHN F. BASH
UNITED STATES ATTORNEY

BY: _____
BRIAN NOWINSKI
Assistant United States Attorney